IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Pizer, *et al.*, | No. CV-19-05019-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Rush Auto Recyclers Incorporated, *et al.*, | |
| Defendants. | |

UPON review of the parties' Stipulation for Dismissal With Prejudice (Doc. 25), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 25). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 26th day of December, 2019.

Honorable John J. Tuchi
United States District Judge